AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   8:25cv828-WFJ-AAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   Florida Polytechnic University
was recieved by me on   4/04/2025:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **David Fugett**, who is designated by law to accept service of process on behalf of **Florida Polytechnic University** at **3425 Winter Lake Road, LTB-2121, Lakeland, FL 33803** on **04/10/2025** at **9:47 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

APR 14 2025 AM 11:27
FILED - USDC - FLMD - TPA

Date:   04/10/2025

_____
Server's signature

Cynchera Neal
Printed name and title

**1742 sandalwood cir sw
Winter haven, FL 33880**

_____
Server's address

Additional information regarding attempted service, etc:

I delivered the documents, SUMMONS; COMPLAINT, to David Fugett who identified themselves as the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 45-55 years of age, 5'4"-5'6" tall and weighing 160-180 lbs with glasses.





Tracking #: 0165202799