**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANGELA DEBOSE,

Plaintiff,

v. Case No. 8:25-cv-00828-WFJ-AAS

FLORIDA POLYTECHNIC
UNIVERSITY BOARD OF TRUSTEES,

Defendant.
_________________________________/

**NOTICE OF APPEARANCE OF COUNSEL FOR**
**DEFENDANT AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned attorney, Jason A. Pill, of the law firm of Phelps Dunbar LLP, hereby files this Notice of Appearance to be added as counsel of record for Defendant Florida Polytechnic University Board of Trustees ("Defendant") in the above-captioned matter, and requests that all notices given or required to be served in this case be served upon the undersigned at the address below:

Jason A. Pill, Esquire
jason.pill@phelps.com
PHELPS DUNBAR LLP
100 S. Ashley Drive, Suite 2000
Tampa, Florida 33602
Telephone: (813) 472-7550
Facsimile: (813) 472-7570

PLEASE TAKE FURTHER NOTICE that the request for service of notice includes, without limitation, any and all notices, briefs, motions, orders, hearing requests and notices, formal or informal, and any other pleading associated with this case, whether transmitted or conveyed by mail, telephone, or otherwise.

Date: August 28, 2026

Respectfully submitted,

*/s/ Jason A. Pill*

Jason A. Pill, FBN 70284
Wesley Thorp, FBN 1039837
PHELPS DUNBAR LLP
100 South Ashley Drive - Suite 2000
Tampa, Florida 33602-5315
Telephone: (813) 472-7550
Facsimile: (813) 472-7570
jason.pill@phelps.com
resley.thorp@phelps.com

and

Nicholas S. Zbrzeznj, FBN 98180
Lydia S. Zbrzeznj, FBN 98181
290 1st Street S.
Winter Haven, Florida 33880
Telephone: (863) 656-6672
Facsimile: (863) 301-4500
nick@southernatlanticlaw.com
lydia@southernatlanticlaw.com
pleadings@southernatlanticlaw.com
mark@southernatlanticlaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 28, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and also electronically served Plaintiff via email to awdebose@aol.com.

*/s/ Jason A. Pill*
*Attorney*